**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

SHELLY RABY,

    Plaintiff,

v.                                                                CV No. 18-852 SMV/CG

STATE FARM MUTUAL
AUTOMOBILE INSURANCE CO.,

    Defendant.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court on a Rule 16 initial scheduling conference, and having conferred with counsel about a mutually-convenient date, time, and location, **IT IS HEREBY ORDERED** that a status conference will be held by telephone on **Monday, December 17, 2018, at 2:00 p.m.**

Parties shall call Judge Garza's "Meet Me" line at (505) 348-2693 to be connected to the proceedings. This line can only accommodate up to five telephone lines, including the Court's; if the parties anticipate that they will exceed this capacity, they must contact the Court immediately so that alternative arrangements may be made.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE