## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

SHELLY RABY,

    Plaintiff,

v.                                                    CV No. 18-852 SMV/CG

STATE FARM MUTUAL
AUTOMOBILE INSURANCE CO.,

    Defendant.

## **AMENDED ORDER SETTING TELEPHONIC STATUS CONFERENCE**

**THIS MATTER** is before the Court on a Rule 16 initial scheduling conference, and having conferred with counsel about a mutually-convenient date, time, and location, **IT IS HEREBY ORDERED** that a status conference will be held by telephone on **Monday, December 17, 2018, at 2:00 p.m.**

Parties shall call Judge Garza's AT&T line at (877) 810-9415, follow the prompts, and enter access code 7467959, to be connected to the proceedings.

**IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE