## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

SHELLY RABY,

        Plaintiff,

v.                                                    CV No. 18-852 SMV/CG

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

        Defendant.

## ORDER TO SUBMIT CLOSING DOCUMENTS

**THIS MATTER** is before the Court upon the parties' settlement of this matter noted at the December 17, 2018 telephonic status conference, (Doc. 18). **IT IS THEREFORE ORDERED** that the parties shall submit closing documents by **January 24, 2019.**

    **IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE