IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SHELLY RABY,

    Plaintiff,

v.                                            No. 2: 18-cv-00852 SMV/CG

STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY,

    Defendant.

## ORDER GRANTING STIPULATED MOTION TO DISMISS

THIS MATTER having come before the Court upon Plaintiff Shelly Raby's and Defendant State Farm Mutual Automobile Insurance Company's Stipulated Motion to Dismiss, the Court having reviewed the pleadings and being fully advised in the premises, FINDS that the Motion is well-taken and should be granted.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Complaint filed herein and all remaining claims that were or which could have been asserted in this matter are hereby dismissed, with prejudice, each party to bear its own costs and attorney's fees.

_____
HONORABLE STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

Submitted By:

GUEBERT BRUCKNER GENTILE P.C.


By   */s/ Elizabeth M. Piazza*
     Terry R. Guebert
     Elizabeth M. Piazza
     P.O. Box 93880
     Albuquerque, NM 87199-3880
     (505) 823-2300
     tguebert@guebertlaw.com
     epiazza@guebertlaw.com
     *Attorneys for Defendant State Farm Fire*
     *and Casualty Company*

Approved By:

CROW LAW FIRM

By *approved via email 01/17/2019*
     B.J. Crow
     400 North Pennsylvania Suite 1150
     Roswell, NM 88201
     bj@crow-law-firm.com
     *Attorney for Plaintiff*

F:\Clients\0102.329bf\Pleadings\FEDERAL\Order Granting Stipulated Motion to Dismiss.docx/jmp